U.S. District Court of Idaho
550 W. Fort Street
Suite 400
Boise ID 83724-0104



U.S. MARSHAL
DEC 18 REC'D
EXAMINED

Inmate Name: K. Beck
Inmate No: 101767  Housing Unit: 5
IDAHO DEPARTMENT OF CORRECTIONS
Institution: PWCC
Address: 1451 Erie Rd
City: Pocatello  ID  Zip: 83204
INMATE CORRESPONDENCE